IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :     CRIMINAL NO. |
| MALIK PALMER | : |

ORDER FOR BENCH WARRANT

AND NOW, this    18th    day of   October, 2023, on motion of Jacqueline C. Romero, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

s/HONORABLE PAMELA CARLOS
HONORABLE PAMELA CARLOS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. |
| MALIK PALMER | : | |

MOTION FOR BENCH WARRANT

AND NOW, this 18th day of October, 2023, Jacqueline C. Romero, United States Attorney for the Eastern District of Pennsylvania, and Timothy M. Lanni, Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

JACQUELINE C. ROMERO
United States Attorney


s/Timothy M. Lanni
Timothy M. Lanni
Assistant United States Attorney