CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT-APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 0313 | MALIK PALMER | | | |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| | 2:23-CR-00454-4-WB-PC | | | |
| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | | 10. REPRESENTATION TYPE |
| USA V. MALIK PALMER | Felony (including pre-trial diversion of alleged felony) | Adult Defendant | | Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense*
18:659.F

12. ATTORNEY'S NAME *(First Name, M. I., Last Name, including any suffix)*
AND MAILING ADDRESS

Arnold C Joseph - Bar Number: 58500

4216 Medallion Drive
Silver Spring, MD 20904
Phone: 215-380-8334 Fax: 2157012092

13. COURT ORDER
[X] O Appointing Counsel    [ ] C Co-Counsel
[ ] F Subs For Federal Defender    [ ] R Subs For Retained Attorney
[ ] P Subs For Panel Attorney    [ ] Y Standby Counsel

Prior Attorney's Name: _____
Appointment Dates: _____

Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
[ ] Other *(See Instructions)*

Pamela Carlos /S/
Signature of Presiding Judge or By Order of the Court
10/20/2023
Date of Order    Nunc Pro Tunc Date

14. NAME AND MAILING ADDRESS OF LAW FIRM *(Only provide per instructions)*
Arnold Joseph - TIN: XX-XXXXXXX

4216 Medallion Drive
Silver Spring, MD 20904
Phone: 215-380-8334 Fax: 2157012092

Repayment or partial repayment ordered from the person represented for this service at time appointment.    [ ] YES    [X] NO

## CLAIM FOR SERVICES AND EXPENSES | FOR COURT USE ONLY

| | CATEGORIES *(Attach itemization of services with dates)* | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | | | | |
| In Court | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other *(Specify on additional sheets)* | | | | | |
| | **(RATE PER HOUR = $        0.00) TOTALS** | | | | | |
| 16. | a. Interviews and Conferences | | | | | |
| Out of Court | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and other work *(Specify on additional sheets)* | | | | | |
| | **(RATE PER HOUR = $        0.00 ) TOTALS** | | | | | |
| 17. | Travel Expenses *(lodging, parking, meals, mileage, etc)* | | | | | |
| 18. | Other Expenses *(other than expert, transcripts, etc)* | | | | | |
| | **GRAND TOTALS (CLAIMED AND ADJUSTED)** | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|
| FROM: 1/1/1901    TO: 1/1/1901 | | |

22. CLAIM STATUS    [ ] Final Payment    [ ] Interim Payment Number __0__    [ ] Supplemental Payment    [ ] Withholding Payment    (---)    (---)

Have you previously applied to the court for compensation and/or reimbursement for this case?    [X] Yes    [ ] No    If yes, were you paid?    [ ] Yes    [ ] No

Other than from the Court, have you, or to your knowledge has anyone else, received payment *(compensation or anything of value)* from any other source in connection with this representation?    [ ] Yes    [X] No    If yes, give details on additional sheets
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____    Date _____

## APPROVED FOR PAYMENT - COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| 28. SIGNATURE OF THE PRESIDING JUDGE | | | DATE | 28a. JUDGE CODE |
|---|---|---|---|---|

| 29. IN COURT COMP. | 30. OUT OF THE COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33 TOTAL AMT. APPROVED |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| 34 SIGNATURE OF THE CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) | DATE | 34a. JUDGE CODE | CERTIFIED AMT. |
|---|---|---|---|
| *Payment approved in excess of the statutory threshold amount* | | | |

**Submission Notes**

Public Notes

(No Notes)

Private Notes

(No Notes)

**Summary Adjustment Notes**

No Summary Adjustment

**Voucher Withholding Detail**

| Type | Amount | Notes |
|---|---|---|
| Withholding | | |
| Release | | |
| Reduction | | |
| Total Withheld | | *Includes pending amounts |
| Certified Amount | | |