AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

United States of America
v.

**MALIK PALMER**
*Defendant*

Case No. 23-454-4

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MALIK PALMER,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18:371.F - CONSPIRACY TO COMMIT OFFENSES AGAINST THE UNITED STATES
18:1951 AND 2 - ROBBERY WHICH INTERFERES WITH INTERSTATE COMMERCE, AIDING AND ABETTING
18:659 - THEFT FROM INTERSTATE SHIPMENT
18:659 AND 2 - THEFT FROM INTERSTATE SHIPMENT, AIDING AND ABETTING
18:641 - THEFT OF GOVERNMENT MONEY
18:641 AND 2 - THEFT OF GOVERNMENT MONEY, AIDING AND ABETTING
18:659 AND 2 - POSSESSION OF ITEMS FROM INTERSTATE SHIPMENT THEFT, AIDING AND ABETTING

Date: 10/18/2023

Mark Ciamaichelo, Deputy Clerk
*Issuing officer's signature*

City and state: Philadelphia, PA

George Wylesol, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 10/18/23, and the person was arrested on *(date)* 10/20/23
at *(city and state)* Philadelphia, PA.

Date: 10/20/23

*Arresting officer's signature*

Ryan McAdams Special Agent
*Printed name and title*